1  Rachel M. Capoccia (CA State Bar No. 187160)
   ALSTON & BIRD LLP
2  333 South Hope Street, 16th Floor
   Los Angeles, CA  900071
3  Telephone: (213) 576-1000
   Facsimile: (213) 576-1100
4  Email:  Rachel.Capoccia@alston.com

5  Counsel for Defendants Barnes &Noble, Inc. et al.

6
                        UNITED STATES DISTRICT COURT
7                       NORTHERN DISTRICT OF CALIFORNIA

8  | TAINOAPP INC., | |
   |---|---|
9  | Plaintiff, | Case No. 3-14-cv-05327 (JSC) |
10 | v. | STIPULATION OF DISMISSAL OF BARNES & NOBLE, INC. ET AL. |
11 | BARNES & NOBLE, INC., BARNESANDNOBLE.COM, LLC, and | |
12 | NOOK MEDIA LLC, | |
13 | Defendants. | |

STIPULATION OF DISMISSAL OF BARNES & NOBLE, INC. ET AL.
Case No.: 3-14-cv-05327  (JSC)

Plaintiff TainoApp, Inc. and Defendants Barnes & Noble, Inc., barnesandnoble.com, llc and NOOK Media, LLC, by their respective undersigned counsel, hereby stipulate that all claims and counterclaims in this action between Plaintiff and Defendants are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:  January 9, 2015

Respectfully submitted,

| | |
|---|---|
| /s/ Rachel M. Capoccia | /s/ Jean G. Vidal |
| Rachel M. Capoccia (CA Bar No. 187160) | Jean G. Vidal (CA Bar No. 266475) |
| ALSTON & BIRD LLP | FERRAIUOLI LLC |
| 333 South Hope Street, 16th Floor | 221 Plaza, 5th Floor |
| Los Angeles, CA  90071 | 221 Ponce de León Avenue |
| rachel.capoccia@alston.com | San Juan, PR 00917 |
| **ATTORNEYS FOR DEFENDANTS BARNES & NOBLE, INC., Barnesandnoble.com, llc, and NOOK Media, LLC** | jvidal@ferraiuoli.com **ATTORNEYS FOR PLAINTIFF TAINOAPP, INC.** |

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated this __13th__ day of __January__, 2015

_____
Hon. Jacqueline Scott Corley
United States Magistrate Judge